# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>SABATINO PAPARATTO, *et al.*,<br><br>   Defendants. | Civil. Action No. 21-18571 (JXN)(JSA)<br><br>**MEMORANDUM AND ORDER** |

**NEALS**, District Judge

This matter is before the Court upon the motions for summary judgment filed by Plaintiff the United States of America ("Plaintiff") (ECF No. 62) and *pro se* Defendant Sabatino Paparatto's ("Defendant") response in opposition thereto (ECF No. 63).

Under Local Civil Rule 56.1, the party moving for summary judgment must furnish a statement of material facts not in dispute. L. Civ. R. 56.1(a). Upon the filing of such a statement, the opposing party must "furnish, with its opposition papers, a responsive statement of material facts, addressing each paragraph of the movant's statement, indicating agreement or disagreement and, if not agreed, stating each material fact in dispute and citing to the affidavits and other documents submitted in connection with the motion." *Id.* Significantly, "any material fact not disputed shall be deemed undisputed for purposes of the summary judgment motion." *Id.*

Defendant has failed to include a responsive statement of material facts with his opposition as required by Rule 56.1. As such, Plaintiff's statement of undisputed facts (ECF Nos. 62-2) is currently unopposed. The Court will provide Defendant with an opportunity to file the required responsive statement of material facts. Accordingly, in the interests of justice,

**IT IS** on this 7th day of April 2025,

**ORDERED** that within thirty (30) days of the date of this Order, Defendant shall file a responsive statement of material facts, addressing each paragraph of Plaintiff's statement of undisputed facts (ECF Nos. 62-2), indicating agreement or disagreement and, if not agreed, stating each material fact in dispute and citing to the affidavits and other documents submitted in connection with the motion; it is further

**ORDERED** that if Defendant fails to file the ordered responsive statement of material facts, Plaintiff's statement of undisputed facts will be deemed unopposed; it is further

**ORDERED** that Plaintiff may file a reply within fourteen (14) days of their receipt of Defendant's responsive statement of material facts; it is further

**ORDERED** that Plaintiff's motion for summary judgment (ECF No. 62) is **ADMINISTRATIVELY TERMINATED**, to be reopened by the Court either (1) upon receipt of Defendant's responsive statement of material facts, or (2) at the expiration of the time allowed for said statement; and it is finally

**ORDERED** that the Clerk of Court shall send a copy of this Order to the individual *pro se Defendants* by regular U.S. Mail.

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge